

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUAN CARLOS CABALLERO-RODRIGUEZ *

VS                               *    C.A. NO. B-02-060

UNITED STATES OF AMERICA         *    (Cr. No. B-01-205)

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **July 15, 2002**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 14th day of May 2002.

Felix Recio
United States Magistrate Judge